## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANN BRUCE, t/d/b/a | ) | |
| THE MARKET ON REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 14-0643 |
| v. | ) | |
| | ) | JUDGE MAURICE B. COHILL |
| THE UNITED STATES OF AMERICA; | ) | |
| TOM VILSACK, SECRETARY OF | ) | ELECTRONICALLY FILED |
| AGRICULTURE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO FILE
## ADMINISTRATIVE RECORD UNDER SEAL

The Court, having considered the Unopposed Motion to File Administrative Record Under Seal filed by Defendants, and finding good cause therefor, hereby orders the unredacted Administrative Record accepted under seal and prohibits its placement in the public portion of the Court's file.

This Order in no way restricts either party or the Court from discussing or referencing the records at issue in the underlying agency proceedings (or from providing citations to the corresponding portions of the Administrative Record). This Order also permits Defendants to file a *redacted* Administrative Record that will be available for viewing on the public court docket.

IT IS SO ORDERED that the complete contents of the Administrative Record are submitted, under seal, electronically.

_____
UNITED STATES DISTRICT JUDGE