IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANN BRUCE, t/d/b/a THE MARKET ON REYNOLDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA; TOM VILSACK, SECRETARY OF AGRICULTURE, | ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 14-0643

JUDGE MAURICE B. COHILL

*Electronically Filed*

## ORDER

AND NOW, to wit, this __6th__ day of __November__, 2014, upon consideration of the "Joint Motion for a 90-Day Stay" filed by the parties, and all other pertinent papers,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that this case is stayed until __February 10, 2015__

If this case is not voluntarily dismissed during the stay period, a Case Management Conference will be subsequently scheduled upon expiration of the stay.

_____
UNITED STATES DISTRICT JUDGE

cc: All parties